IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENTLEY A. HOLLANDER, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ORTHO-McNEIL-JANSSEN | : | NO. 10-00836 |
| PHARMACEUTICALS, INC. | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *4th* day of *April*, 2011, upon consideration of the Motion of Defendant Ortho-McNeil-Janssen Pharmaceuticals, Inc. to Dismiss Plaintiff's Amended Complaint (Docket No. 22), Plaintiff Bentley Hollander's Response (Docket No. 23), Defendant's Reply (Docket No. 24), Plaintiff's Sur-Reply (Docket No. 25), and Defendant's Notice of Supplemental Authority (Docket No. 26), it is hereby **ORDERED** that Defendant's Motion to Dismiss (Docket No. 22) is **DENIED** in its entirety.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.